LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –EASTERN DIVISION

| | |
|---|---|
| MARK VARGAS,<br>   Plaintiff,<br><br>   v.<br><br>MARTIN J. O'MALLEY,[1]<br>Commissioner of Social Security,<br>   Defendant. | No: 5:23-cv-01554-DTB<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEE |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND SEVEN HUNDRED DOLLARS AND NO/100 ($4,700.00) and zero costs ($00.00), subject to the terms of the stipulation.

DATE: 04/16/2024  _____
                        HON. DAVID T. BRISTOW
                        UNITED STATES MAGISTRATE JUDGE

---

[1] Commissioner Martin J. O'Malley is substituted for his predecessor as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).